UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD SANTOS           )
                         )
        Petitioner,      )
    v.                   )        CIVIL ACTION
                         )        NO. 15-10799-NMG
LOIS RUSSO,              )
                         )
        Respondent.      )

REPORT AND RECOMMENDATION ON
RESPONDENT'S MOTION TO DISMISS HABEAS PETITION

July 19, 2016

DEIN, U.S.M.J.

I. INTRODUCTION

The petitioner, Richard Santos, is presently incarcerated at MCI-Concord. He has filed a habeas corpus petition pursuant to 28 U.S.C. § 2241, challenging the alleged failure of the Massachusetts Department of Correction to process his request under the Interstate Agreement on Detainers ("IAD") to dispose of a pending probation violation matter in Rhode Island. This matter is presently before the court on the respondent's unopposed motion to dismiss the petition.[1] Because the IAD does not apply to probation violation matters, and because the petitioner cites no other grounds for his habeas petition, this court recommends to

---

[1] The petitioner's opposition to the motion to dismiss was due on October 15, 2015. When no responsive pleading was filed, this court entered an order on October 28, 2015 giving the petitioner until November 30, 2015 to file a response to the motion to dismiss. Docket No. 14. To date, no response has been filed.

*Report and Recommendation accepted and adopted. /s/NMGorton, USDJ 8/12/16*