```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                    )
**Richardo Santos,**                )
       Plaintiff,            )    Civil Action No.
                                    )    1:15-cv-10799-NMG
                                    )
v.                                  )
                                    )
**Lois Russo, Acting Superintendent,** )
                                    )
                                    )
       Defendant.            )
_____)


## ORDER OF DISMISSAL

    Gorton   D.J.

In accordance with the Court's Order dated 8/12/2016 granting the defendant's motion to dismiss (dkt. no. 18), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


   8/15/2016                                By the Court,
     Date


                                                      /s/Stephanie Caruso
                                                         Deputy Clerk